**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00418-CV

---

### IN RE METROPOLITAN WATER COMPANY, L.P., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 37412**

---

## MEMORANDUM OPINION

On July 27, 2021, relator Metropolitan Water Company, L.P., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Carson Campbell, presiding judge of the 21st District Court of Washington County, to vacate the portion of its July 12, 2021, order compelling relator to produce "any documents or communications relating to any transfer, or attempted

transfer, of rights in the Vista Ridge leases to Carrizo-Wilcox Water Development Company, L.L.C."

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.